JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSLAN ZEINALOV,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | No. 5:25-cv-03560 DSR<br>JUDGMENT<br>Honorable Daniel S. Roberts<br>United States Magistrate Judge |

Pursuant to the Court's Order Converting Preliminary Injunction Into Final Judgment on the Merits,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

Dated: August 11, 2026

Dan Roberts

Honorable Daniel S. Roberts
UNITED STATES MAGISTRATE JUDGE